IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Roberts, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 3204 |
| | ) | |
| v. | ) | |
| | ) | |
| City of Chicago, J.E. McFadden, | ) | Judge Gottschall |
| Star # 5881 and J.M. Moss, Star # 10791, | ) | |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S
MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, City of Chicago, by one of its attorneys, Margaret A. Carey, Senior Counsel for the City of Chicago, move this Honorable Court pursuant Fed. R. Civ. P. 6 (b)(1), for an extension of time to answer or otherwise plead to Plaintiff's Complaint.  In support of this motion, Defendant states as follows:

1.On June 3, 2008, Plaintiff filed his complaint which names the City of Chicago, J.E. McFadden and J.M. Moss as Defendants.

2.Defendant City was served on June 17, 2008.

3.Counsel for the Defendants requires additional time in which to obtain the relevant documents and properly respond to Plaintiff's Complaint.

4.This extension is not intended to delay and will not prejudice any of the parties.

Wherefore, Defendant City of Chicago respectfully request an extension of time to

August 29, 2008, to answer or otherwise plead to Plaintiff's Complaint.

                                                                                       Respectfully submitted,

|  |  |
|---|---|
|  | \s\ Margaret A. Carey |
| 30 N. LaSalle St., Suite 1400 | MARGARET A. CAREY |
| Chicago, Illinois 60602 | Senior Counsel |
| (312) 744-6073 |  |
| Attorney No.: 06206693 |  |

**CERTIFICATE OF SERVICE**

_____I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, to be delivered via electronic filing to Jeffrey Granich on this 24th day of July 2008.

\s\ Margaret A. Carey
MARGARET A. CAREY