IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Roberts, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 3204 |
| | ) | |
| v. | ) | |
| | ) | |
| City of Chicago, J.E. McFadden, | ) | Judge Gottschall |
| Star # 5881 and J.M. Moss, Star # 10791, | ) | |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Jeffrey Granich
      53 W. Jackson Blvd., Suite 840
      Chicago, IL 60604

   **PLEASE TAKE NOTICE** that I have this day of filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall or before such other Judge sitting in her place or stead, on the 31st day of July, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached motion.

   **DATED** at Chicago, Illinois this 24th day of July, 2008.


                                        By:    \s\ Margaret A. Carey
                                               MARGARET A. CAREY
30 N. LaSalle St., Suite 1400                  Senior Counsel
Chicago, Illinois 60602
(312) 744-6073
Attorney No.: 06206693