IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 3209 |
| v. | ) | |
| | ) | Judge Gottschall |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER J.E. | ) | Magistrate Schenkier |
| McFadden, Star # 5881, and CHICAGO | ) | |
| POLICE OFFICER J.M. MOSS, Star # 10791, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Jeffrey B. Granich
      Law Offices of Jeffrey B. Granich
      53 W. Jackson Blvd., Suite 840
      Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants' Answer, Defenses, and Jury Demand to Plaintiff's Complaint**, a copy of which is attached and served upon you.

Date:   August 29, 2008

                                        By:   s/ Marc J. Boxerman
                                              MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790